624

468 A.2d 857

In re Eisenhower.

Appeal of Donald Funk and Robert Funk.
Petition for Allowance of Appeal
Denied Feb. 8, 1984.

Argued September 7, 1983. Elliott D. Goldberg, for appellants; Robert F. Blanck, for St. John's, participating party; and W. Cremers, Jr., for Oglesby, participating party.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.

469 A.2d 692

In Matter of Estate of Ivan R. Lehr, Sr.

Appeal of Ronald E. Lehr.
Reargument Denied Jan. 26, 1984.

Petition for Allowance of Appeal
Denied May 24, 1984.

Argued March 9, 1983. Daniel K. Medill, for appellant; Lillian M. Morgan, for participating parties.

Before WICKERSHAM, BECK and MONTEMURO, JJ.

Decree affirmed.